IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICKEY WALKER and CHRIS WALKER, | * * * * |
| Plaintiff, | * * |
| v. | * CASE NO.:CV_____ * |
| FLEETWOOD HOMES OF GEORGIA, INC., WAYNE FRIER HOMES CENTER OF DOTHAN, LLC, et al. | * * * * * |
| Defendants. | * |

### CONSENT TO REMOVAL

COMES NOW the defendant, Wayne Frier Homes Center of Dothan, L.L.C., by and through its undersigned counsel, and without waving its right or intent to compel binding arbitration, hereby consents to the removal of this action from the Circuit Court of Henry County, Alabama which said removal was effected by defendant Fleetwood Homes of Georgia, Inc. A copy of the Complaint and summons is attached to Fleetwood Homes of Georgia, Inc.'s Notice of Removal and consists of all pleadings received to date by Wayne Frier Homes Center of Dothan, L.L.C..

_____
M. ANDREW DONALDSON (Ala. Code DON024)
JOHN S. PLUMMER (Ala. Code PLU004)
ATTORNEYS FOR WAYNE FRIER HOMES
CENTER OF DOTHAN, L.L.C.

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882



EXHIBIT C

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the 1st day of November, 2005.

_____
OF COUNSEL

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, AL 36302

Winston W. Edwards, Esq.
David C. Hilyer, Esq.
Craddock, Reneker & Davis, LLP
4142 Camichael Road, Suite C
Montgomery, AL 36106-2802