IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

| | | |
|---|---|---|
| NICKEY WALKER and<br>CHRIS WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>FLEETWOOD HOMES OF<br>GEORGIA, INC., WAYNE FRIER<br>HOMES CENTER OF DOTHAN, LLC,<br>et al.<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CASE NO.:CV-05-112 |

1:05 cv-1055u

## NOTICE TO STATE COURT OF REMOVAL
## OF ACTION TO FEDERAL COURT

To:   Mr. Gypsy W. Ethridge
       Henry County Circuit Court Clerk
       Courthouse, Suite J
       101 Court Square
       Abbeville, AL 36310-2135

Please take notice that the defendant, Fleetwood Homes of Georgia, Inc., has this date filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Middle District of Alabama, Southern Division.

DATED this the ___ day of November, 2005.

_____
WINSTON W. EDWARDS (EDW023)
DAVID C. HILYER (HIL051)
Attorneys for Defendant
Fleetwood Homes of Georgia, Inc.

EXHIBIT B

OF COUNSEL:

CRADDOCK RENEKER & DAVIS, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064        Telephone
(334) 215-7843        Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the ___1___ day of __November__, 2005.

_____
OF COUNSEL

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, AL 36302

Andy Donaldson
Slaten & O'Conner
105 Tallapoosa St.
Montgomery, AL 36104