**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NICKEY WALKER and** | * | |
| **CHRIS WALKER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CASE NO.: 1:05-cv-01055-SRW** |
| | * | |
| **FLEETWOOD HOMES OF** | * | |
| **GEORGIA, INC., WAYNE FRIER** | * | |
| **HOMES CENTER OF DOTHAN, LLC,** | * | |
| **et al.** | * | |
| | * | |
| **Defendants.** | * | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Honorable Court's Order of January 14, 2000 to enable Judges and Magistrate

Judges to avoid conflicts of interest, the undersigned counsel for defendant, Fleetwood Homes of Georgia,

Inc., in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates

of said parties that have issued shares to the public.

Fleetwood Enterprises, Inc.

DATED this the 10th day of November, 2005.

/s/ David C. Hilyer
WINSTON W. EDWARDS (137576)
DAVID C. HILYER (293823)
Attorneys for Defendants Fleetwood Enterprises,
Inc. and Fleetwood Homes of Georgia, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

OF COUNSEL:

CRADDOCK RENEKER & DAVIS, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064        Telephone
(334) 215-7843        Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the <u>10th</u> day of <u>November</u>, 2005.

                                  <u>/s/ David C. Hilyer</u>
                                    OF COUNSEL

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, AL 36302

Andy Donaldson
Slaten & O'Conner
105 Tallapoosa St.
Montgomery, AL 36104