**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **NICKEY WALKER and** * | |
| **CHRIS WALKER,** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| **v.** * | **CASE NO.: 1:05-cv-01055-SRW** |
| * | |
| **FLEETWOOD HOMES OF** * | |
| **GEORGIA, INC., WAYNE FRIER** * | |
| **HOMES CENTER OF DOTHAN, LLC,** * | |
| * | |
| **Defendants.** * | |

**JOINT STIPULATION TO ARBITRATE**

COME NOW the plaintiff and defendants, Fleetwood Homes of Georgia, Inc. and Wayne Frier Homes Center of Dothan, LLC, and submit this their Joint Stipulation to Arbitrate. In support of this stipulation, the parties state:

1.    On or about October 3, 2005, the above-styled action was commenced against Defendants in the Circuit Court of Henry County, Alabama.

2.    Thereafter, Fleetwood Homes of Georgia, Inc. removed this action to this Honorable Court.

3.    Counsel for plaintiffs and counsels for each defendant agree that all claims of the plaintiffs are due to be submitted to binding arbitration and request this Honorable Court to enter an Order compelling this matter to binding arbitration.

4.    Further, the parties agree to use Christopher J. Hughes of Opelika, Alabama as arbitrator in this matter.

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREFORE, PREMISES CONSIDERED,** the parties request this Honorable Court to stay this proceeding, order this case to binding arbitration using Christopher J. Hughes as arbitrator, and place this matter on this Honorable Court's administrative docket.


/s/ Samuel L. Adams                           /s/ David C. Hilyer
SAMUEL L. ADAMS                        WINSTON W. EDWARDS (137576)
Attorney for Plaintiffs                            DAVID C. HILYER (293823)
                                                        Attorneys for Defendants Fleetwood Homes of
                                                        Georgia, Inc.


/s/ M. Andrew Donaldson
M. Andrew Donaldson
Attorney for Defendant Wayne Frier
Homes Center of Dothan, LLC