## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **NICKEY WALKER and** | * |
| **CHRIS WALKER,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   CASE NO.:CV_____ |
| | * |
| **FLEETWOOD HOMES OF** | * |
| **GEORGIA, INC., WAYNE FRIER** | * |
| **HOMES CENTER OF DOTHAN, LLC,** | * |
| **et al.** | * |
| | * |
| **Defendants.** | * |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Joint Stipulation to Arbitrate upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the <u>17th</u> day of <u>November</u>, 2005.

/s/David C. Hilyer
OF COUNSEL

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, AL 36302

Andy Donaldson
Slaten & O'Conner
105 Tallapoosa St.
Montgomery, AL 36104

PDF created with pdfFactory trial version www.pdffactory.com