IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICKEY WALKER and<br>CHRIS WALKER,<br><br>  Plaintiffs,<br><br>v.<br><br>FLEETWOOD HOMES OF GEORGIA,<br>INC., et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:05CV1055-W<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Joint Stipulation to Arbitrate filed by the parties on November 17, 2005 (Doc. # 5), it is

ORDERED that this action is STAYED. The parties are DIRECTED to submit their dispute to binding arbitration before Christopher J. Hughes as arbitrator and to notify the court, in writing, of the conclusion of the arbitration within 15 days of such conclusion.

It is further ORDERED that the Clerk is DIRECTED to place this matter on the administrative docket of the court. Any party may petition to reinstate this matter to the active docket of the court.

DONE, this 1st day of December, 2005.

        /s/ Susan Russ Walker
        SUSAN RUSS WALKER
        UNITED STATES MAGISTRATE JUDGE