STRICKEN AS A DOCKETING ERROR.

PLEASE SEE DOCKET ENTRY #9 FOR CORRECTION.