**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NICKEY WALKER and** | * | |
| **CHRIS WALKER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CASE NO.: 1:05-cv-01055-SRW** |
| | * | |
| **FLEETWOOD HOMES OF** | * | |
| **GEORGIA, INC., WAYNE FRIER** | * | |
| **HOMES CENTER OF DOTHAN, LLC,** | * | |
| | * | |
| **Defendants.** | * | |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the plaintiffs and the defendants, Fleetwood Homes of Georgia, Inc. and

Wayne Frier Homes Center of Dothan, LLC, by and through their respective counsel of record,

and stipulate that the above action shall be dismissed with prejudice as to all defendants, with the

costs of filing this action taxed as paid, and with all additional costs of litigation to be borne by

each party independently.

DATED this the _4th_ day of _____ May _____, 2006.


/s/ Samuel L. Adams                              /s/ David C. Hilyer
SAMUEL L. ADAMS                          WINSTON W. EDWARDS (137576)
Attorney for Plaintiffs                          DAVID C. HILYER (293823)
                                                          Attorneys for Defendants Fleetwood Homes
                                                          of Georgia, Inc.


/s/ M. Andrew Donaldson
M. ANDREW DONALDSON
Attorney for Defendant Wayne Frier
Homes Center of Dothan, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel of record for the above named **plaintiff(s)** and **defendant** by placing same in the U.S. Mail postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the **United States District Court fo the Middle District of Alabama, Southern Division,** notice of the foregoing will thereby be made electronically on all counsel of record.

Dated this __4th__ day of ___May___ , 2006.


/s/ David C. Hilyer_____
Of Counsel


Samuel L. Adams
P.O. Box 1690
Dothan, AL 36302

Andy Donaldson
Slaten & O'Conner
105 Tallapoosa St.
Montgomery, AL 36104