**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 4, 2006

***NOTICE OF DISMISSAL PURSUANT TO RULE 41***

Samuel Lamar Adams
Merrill, Harrison & Adams
PO Box 1690
Dothan, AL 36302

David Cushing Hilyer
Craddock Reneker & Davis LLP
4142 Carmichael Road
Montgomery, AL 36106-2802

Winston Whitehead Edwards
Craddock Reneker & Davis LLP
4142 Carmichael Road
Suite C
Montgomery, AL 36106-2802

John S. Plummer
Slaten & O'Connor, PC
PO Box 1110
Montgomery, AL 36101-1110

Michael Andrew Donaldson
Slaten & O'Connor, PC
PO Box 1110
Montgomery, AL 36101-1110

Re: Walker et al v. Fleetwood Homes of Georgia, Inc. et al
    Civil Action No. 1:05-cv-01055-SRW

Dear Sirs:

   Pursuant to the Stipulation of Dismissal filed by the Plaintiff on May 4, 2006, this case has been closed and removed from the pending docket of this court.